UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON WILSON,

Plaintiff,

CASE NO. C08-5731FDB

HARRISON HOSPITAL et al.,

Defendants.

ORDER ON NOTICE OF INTENT TO
DISMISS CASE FOR FAILURE TO
PROSECUTE

The Complaint in this cause was filed on December 9, 2008. On December 9, 2008, the Court entered a Minute Order setting April 8, 2009, as the deadline for the filing of a combined Joint Status Report. To date the plaintiff has not filed a response to the order requiring a joint status report.

The plaintiff is directed to **SHOW CAUSE IN WRITING**, why there has been no response to the Order of this Court and why this action should not be **DISMISSED** for Failure to Prosecute pursuant to FCRP 41(2)(b).

This case may be dismissed without further notice to plaintiff on **August 14, 2009** unless the plaintiff files the required Joint Status Report or otherwise shows good cause, in writing, before that date.

DATED: July 24, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Notice of Intent to Dismiss Complaint -1