UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON WILSON,<br><br>      Plaintiff,<br><br>    v.<br><br>HARRISON HOSPITAL et al.,,<br><br>      Defendants. | Case No. C08-5731 FDB<br><br>ORDER ON MOTION TO WITHDRAW AND FOR CONTINUANCE |

Plaintiff has filed a response to this Court's July 24, 2009, Order directing Plaintiff to Show Cause why this action should not be dismissed for failure to prosecute. Counsel for Plaintiff moves to withdraw and requests a continuance of the pretrial dates for thirty days in order for Plaintiff to obtain substitute counsel.

The Court, having reviewed the motion and remaining record, hereby **ORDERS**:

(1) Plaintiff is hereby granted an extension of time until September 18, 2009 in which to obtain new counsel, who shall appear on or before that date. If Plaintiff doses not employ new counsel, she shall advise the Court on or before September 18, 2009 whether she intends to proceed pro se.

ORDER - 1

(2) Plaintiff's counsel, Gary Langrock, shall be permitted to withdraw as counsel for Plaintiff effective September 18, 2009.

(3) The joint status report shall br filed as of October 16, 2009.

(4) In the event Plaintiff fails to comply with this Order, this matter will be dismissed without further notice to Plaintiff on September 21, 21009

DATED this 25th day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2