1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10    SHANNON WILSON,

11              Plaintiff,
                                                   Case No. C08-5731 FDB
12         v.
                                                   ORDER DENYING MOTION FOR
13    HARRISON HOSPITAL et al.,                    APPOINTMENT OF COUNSEL AND
                                                   ORDERING PLAINTIFF TO SHOW
14              Defendant.                         CAUSE WHY THIS MATTER
                                                   SHOULD NOT BE DISMISSED FOR
15                                                 FAILURE TO PROSECUTE

16

17
           This matter comes before the Court on Plaintiff's motion for continuance and for
18
      appointment of counsel.  The Court, having reviewed the motion and the record herein, denies the
19
      motion for appointment of counsel and orders the Plaintiff to show cause why this matter should not
20
      be dismissed for failure to prosecute.
21
                                    **Introduction and Background**
22
           On July 24, 2009, this Court entered an order directing Plaintiff to show cause why this
23
      employment discrimination action should not be dismissed for failure to prosecute.  In response,
24
      counsel for Plaintiff moved to withdraw and requested a continuance of the pretrial dates for thirty
25

26    ORDER - 1

1    days to permit Plaintiff to obtain substitute counsel.

2    On August 25, 2009, this Court entered an Order granting Plaintiff an extension of time until

3 September 18, 2009 in which to obtain new counsel, or in which to advise the Court whether she

4 intended to proceed *pro se.* The Order permitted Plaintiff's counsel to withdraw, effective

5 September 18, 2009. Apparently, Plaintiff has not been able to employ new counsel, nor has she

6 informed this Court as to her intention to proceed pro se. Instead, Plaintiff has filed the instant

7 motion for a further continuance of the pretrial dates, and requests the Court appoint counsel to

8 prosecute her action.

9 **Appointment of Counsel in Civil Matters**

10    Plaintiff moves for appointment of counsel to prosecute this civil rights employment

11 discrimination action. Generally, there is no constitutional right to counsel in a civil case. United

12 States v. 30.64 Acres of Land, 795 F.2d 796, 801 (9th Cir. 1986). However, pursuant to 28 U.S.C. §

13 1915(d), the court has discretion to request volunteer counsel for indigent plaintiffs in exceptional

14 circumstances. Id.; Wood v. Housewright, 900 F.2d 1332, 1335 (9th Cir. 1990). While the court

15 may request volunteer counsel in exceptional cases, it has no power to make a mandatory

16 appointment. Mallard v. U.S. Dist. Court of Iowa, 490 U.S. 296, 301-08 (1989). In order to

17 determine whether exceptional circumstances exist, the court evaluates the plaintiff's likelihood of

18 success on the merits and the ability of the plaintiff to articulate his or her claim pro se in light of

19 the complexity of the legal issues involved. Wood, at 1335-36; Richards v. Harper, 864 F.2d 85, 87

20 (9th Cir. 1988).

21    Initially, the Plaintiff has not established *in forma pauperis* status. Moreover, Plaintiff has

22 not demonstrated a likelihood of success on the merits or exceptional circumstances which warrant

23 appointment of counsel. Accordingly, Plaintiff's motion for appointment of counsel shall be

24 denied.

25 **Show Cause**

26 ORDER - 2

1    Plaintiff has previously been afforded additional time to employ counsel. That deadline has

2    passed. By this Order, the Court denies the request for appointment of counsel. Thus, Plaintiff has

3    the choice to proceed pro se or to voluntarily dismiss this action.  Thus, the Court will allow

4    Plaintiff to state her intentions no later than October 9, 2009.  On or before that date, Plaintiff will

5    inform the Court whether she intends to proceed pro se (or an appearance is entered by new

6    counsel).  In the event Plaintiff fails to respond as directed, this matter will be dismissed without

7    further notice.

8        ACCORDINGLY;

9        IT IS ORDERED:

10       Plaintiff's Motions for appointment of counsel and continuance [Dkt # 9 & 10] are

11   **DENIED**.

12       Plaintiff is directed to indicate to this Court, no later than October 9, 2009, whether she

13       intends to proceed pro se, or new counsel files an appearance. In the event Plaintiff fails to

14       respond as directed, this matter will be dismissed without further notice.

15

16       DATED this 2nd day of October, 2009.

17

18

19

20    _____

21    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

22

23

24

25

26   ORDER - 3