1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  SHANNON WILSON,

10                    Plaintiff,                         CV08-5731FDB

11        vs

12  HARRISON HOSPITAL, et al.,                    MINUTE ORDER

13                    Defendant.

14
15
16

17        NOW, on this 8th Day of October, 2009, the Court directs the Clerk to enter the following Minute

18  Order:

19        Plaintiff's request for a one week extension to respond to the Order [No. 11],

20        dated 10/02/2009 is granted.

21        Plaintiff is directed to indicate to this Court, no later than October 16, 2009, whether she

22        intends to proceed pro se, or new counsel files an appearance. In the event Plaintiff fails to

23        respond as directed, this matter will be dismissed without further notice.

24
25  The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United

26  States District Judge.

27                        .

28

                                        /s/ Pat LeFrois
                                        Pat LeFrois
                                        Courtroom Deputy